IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOSEPH BARNETTE<br>MOVANT, | ]<br>]<br>]<br>] |
| V. | ] CASE NO.#98-00005-001-ERIE<br>]<br>]<br>] |
| UNITED STATES OF AMERICA<br>RESPONDENT. | ]<br>] |

FILED
OCT 29 2007
CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYL...

MOTION UNDER TITLE 18 U.S.C. § 3582(c)(2) AND TITLE 18 U.S.C. § 3553(a), AND OF THE UNITED STATES SENTENCING GUIDELINES § 1B1.10(c) AND § 1B1.11(a), FOR THE REDUCTION OF SENTENCE BASED ON GUIDELINE AMENDMENT 9, EFFECTIVE NOVEMBER 1, 2007, CONCERNING THE REDUCTION OF TWO BASE OFFENSE LEVELS, FOR (CRACK) COCAINE AMENDMENT 9.

**COMES NOW,** Movant, Joseph Barnette, prose, files this Motion under Haines v. Kerner, 404 U.S. 519, Movant Barnette, request that this Motion be construed liberally by the Court because he is a layman of the law without the legal education of the judicial workings of the law.

Movant Barnette, respectfully request that this Honorable Court modify the Movant's sentence base offense level of 36, to a base offense level 34, catergory III, from 235-293 months to base offense level 34, 188-235 months, pursuant to the November 1, 2007, (Crack) Cocaine Amendment 9, which is retroactive according to United States Sentencing Guideline § 1B1.10(c). Movant Barnette, states also that the (Crack) Cocaine Amendment of November 1, 2007, can be classified by the Honorable Court as a "clarifying" amendment that must be applied retroactively, even if not listed in the

1B1.10(c) United States Sentencing Guideline Amendment Section. See United States v. Capers, 61 F.3d at 1109, (key number 19). The United States District Court can give retroactive effect to a "clarifying" (as opposed to substantive) amendment regardless of whether it is listed in United States Sentencing Guideline 1B1.10. See, United States v. Ofchinick, 877 F.2d 251, 257 N.9 (3rd. Cir. 1989)(amendment intended to clarify the meaning of an existing guideline may be given substantial weight in determining the meaning of the existing guideline). This rule also applies when a reviewing Court is confronted with a postsentencing clarifying amendment. See, United States v. Fant, 974 F.2d 559, 564 (4th Cir. 1992). See also, United States v. Anderton, 136 F.3d 747, 751 (11th Cir 1998).

Movant Joseph Barnette, was sentenced on February 9, 1999, based on a trial conviction, on counts 1,2, and 3, having to do with (Crack) Cocaine.

Movant Barnette, has accomplished the following achievements while striving to better himself while incarcerated. The programs that he has taken advantage of are as follows:

(1). Rppl Aids and Disease prevention;
(2). VT Computer Applications;
(3). Calisthenics:
(4). VT Building Trades;
(5). Intermediate GED;
(6). Glover GED LV.2, M-F;
(7). (Macon, GED level 2);
(8). GED/c;
(9). GED Tutoring 2;
(10). Band;
(11). Running a Car Dealership;
(12). Parenting 2;
(13). Residential/Commerical RL Esta.

See all accomplishments attached as Exhibit "A". Movant Barnette, has accomplished these extraordinary achievements because his

intentions are to become a productive and positive member of society upon his release from prison. according to Title 18 U.S.C. § 3553(a) factors, Movant Barnette, informs the Honorable Court of his positive progress, with a request that he be sentenced to the low end of 188 months, base offense level 34, catergory III. Movant Barnette, at this moment continues to take full advantage of all of the necessary programs available to him.

Movant Barnette, request re-sentencing from the Honorable Court in person accrording to United States Sentencing Guideline § 1B1.11(a), to allow him to argue any other appropriate changes in the Guidelines of his sentence since the date of his last sentence, particulary his Title 18 U.S.C. § 3553(a) achievements. Movant Barnette, request that he be returned to the United States District Court in the Western District of Pennsylvania for re-sentencing at the discretion of the Honorable Court.

CONCLUSION

Movant Barnette, hopes and prays that the Honorable Court for the Western District of Pennsylvania grant him this two level reduction, due to the November 1, 2007, (Crack) Cocaine Amendment.

Dated:

Respectfully submitted,

s/ *[signature]*
Joseph Barnette #10733-068
United States Penitentiary
P.O. Box 150160
Atlanta, GA 30315

CERTIFICATE OF SERVICE

I, Joseph Barnette, do hereby certify that I have this same day served the opposing party to this action with a true and correct copy of the attached pleading in case number 98-00005-001-ERIE, by mailing the same to them in the U.S. Mailing Service with adequate pre-paid postage attached and addressed as follows:

Assistant United States Attorney
John J. Tracilla
100 State Street, Suite 302
Erie, PA 16507

Clerk of the Court
United States District Court
For the Western District of Pennsylvania
P.O. Box 1820
Erie, PA 16507

The Honorable Sean J. McLaughlin
United States District Court
Judge, for the Western District
of Erie Pennsylvania
Erie, PA 16507

Done this 31 day of October, 2007.

s/ *[signature]*
Joseph Barnette #10733-068
United States Penitentiary
P.O. Box 150160
Atlanta, GA 30315

E X H I B I T   "A"

ALL CERTIFICATES

E X H I B I T   "A"

ALL CERTIFICATES

```
   ATLAK              *         INMATE EDUCATION DATA        *      10 09 2007
   PAGE 001 OF 001    *              TRANSCRIPT              *       15:17:02

   REGISTER NO: 10733-068      NAME..: BARNETTE                FUNC: PRT
   FORMAT.....: TRANSCRIPT     RSP OF: ATL-ATLANTA USP

   ------------     ------------  EDUCATION INFORMATION  --------------------
   FACL ASSIGNMENT  DESCRIPTION                   START DATE/TIME  STOP DATE/TIME
   ATL  ESL HAS     ENGLISH PROFICIENT            06-07-2000 1341  CURRENT
   ATL  GED HAS     COMPLETED GED OR HS DIPLOMA   09-15-2004 1322  CURRENT

   ------------     ------------    EDUCATION COURSES  ---  --------------------
   SUB-FACL   DESCRIPTION                      START DATE   STOP DATE  EVNT AC LV   HRS
   ATL        ABDOMINAL EXERCISE PROGRAM       07-18-2007   09-22-2007   P  C  P    36
   ATL        NATIONAL FIT PHY TRAIN           04-24-2007   07-14-2007   P  C  P    10
   ATL        RPP1 AIDS & DISEASE PREVENTION   05-28-2006   05-31-2006   P  C  P     1
   THA        VT COMPUTER APPLICATIONS 2-330   10-21-2005   04-12-2006   P  C  C   360
   THA        CALISTHENICS                     08-15-2004   02-15-2005   P  C  P    40
   THA        VT BUILDING TRADES 0745-1030     10-12-2004   03-07-2005   P  C  C   500
   THA        INTERMEDIATE GED 0900-1030       03-31-2003   11-21-2003   P  W  I    98
   BUT GP     GLOVER GED LV.2,M-F, 1230-230    08-23-2002   09-30-2002   P  W  I    68
   BUT GP     (MACON, GED LEVEL 2,12:30)       02-22-2002   08-01-2002   P  W  T   360
   CUM        GED/C 1230                       07-28-2000   10-05-2001   P  W  I   114
   CUM        GED TUTORING 2                   01-12-2001   03-23-2001   P  C  P    30
   CUM        BAND                             01-04-2001   01-04-2001   P  C  P     1
   CUM        RUNNING A CAR DEALERSHIP         10-11-2000   12-17-2000   P  C  P    20
   CUM        PARENTING 2                      10-02-2000   12-19-2000   P  C  P    30
   CUM        RESIDENTIAL/COMMERCIAL RL ESTA   10-02-2000   12-15-2000   P  C  P    25

   ------------     ------------      HIGH TEST SCORES  --------------------------
   TEST       SUBTEST           SCORE      TEST DATE    TEST FACL    FORM      STATE
   ABLE       LANGUAGE           6.0       10-30-2001   BUT          F
              NUMBER OPR        13.0       10-30-2001   BUT          F
              PROB SOLV         11.9       10-29-2001   BUT          F
              READ COMP         13.0       10-29-2001   BUT          F
              SPELLING           8.6       10-30-2001   BUT          F
              VOCABULARY         9.3       03-10-2003   THA          E




   G0000      TRANSACTION SUCCESSFULLY COMPLETED
```