Joseph Barnette #10733-068
United States Penitentiary
P.O. Box 150160
Atlanta, GA 30315

---LEGAL MAIL---

The Honorable Sean J. McLaughlin
United States District Court
Judge, for the Western District
of Erie Pennsylvania
Erie, PA 16507

USA First Class