IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOSEPH BARNETTE, | ) |
| Movant, | ) |
| | ) Case No. 98-00005-001-ERIE |
| v. | ) |
| UNITED STATES OF AMERICA, | ) |
| Respondent. | ) |

I MOVANT, JOSEPH BARNETTE, PRO SE WOULD LIKE TO WITHDRAW MY MOTION UNDER TITLE 18 U.S.C. § 3582 (c) (2), AND TITLE 18 U.S.C. § 3553 (a), AND THE UNITED STATES SENTENCING GUIDELINES § 1B1.10 (c) AND § 1B1.11 (a), FOR THE REDUCTION OF SENTENCE BASED ON GUIDELINE AMENDMENT 9, THAT WENT INTO EFFECT NOVEMBER 1, 2007, CONCERNING THE REDUCTION OF TWO BASE OFFENSE LEVELS, FOR (CRACK) COCAINE AMENDMENT 9, WITHOUT PREJUDICE.

Respectfully Submitted,

S/ *Joseph Barnette*
Joseph Barnette #10733-068
United States Penitentiary
P.O. Box 150160
Atlanta, GA 30315

**FILED**

FEB - 4 2008

CLERK U.S. ...
WEST ...

CERTIFICATE OF SERVICE

I, Joseph Barnette, do hereby certify that I have, this same day, served the opposing party to this action with a true and correct copy of the attached pleading in case number, 98-00005-001-ERIE, by mailing the same to them in the U.S. Post Office Mailing Service, with adequate prepaid postage attached and addressed as follows:

Assistant United States Attorney
John J. Trucilla
100 State Street, Suite 302
Erie, PA 16507

Clerk of the Court
United States District Court for the
Western District of Pennsylvania
P.O. Box 1820
Erie, PA 16507

The Honorable Sean J. McLaughlin
United States District Court Judge for
The Western District of Erie, Pennsylvania

Done this 30 day of January, 2008.

s/ Joseph Barnette
Joseph Barnette, 10733-068
United States Penitentiary
P.O. Box 150160
Atlanta, GA 30315