

Joseph Bonetto #10733-068
P.O. Box 150160
Atlanta, Ga 30315

ATLANTA GA 303
31 JAN 2008 PM 7 L

Clerk of This Court
United States District Court -
For The Western District of PA.
P.O. Box 1820
Erie, PA. 16507

16507+0820