IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA )
)
v. ) Criminal No. 98-5E
)
JOSEPH BARNETTE )
)

ORDER APPOINTING
FEDERAL PUBLIC DEFENDER

AND NOW this **3rd** day of **June**, ,
pursuant to the February 11, 2008, Administrative Order relating to the appointment of counsel in crack amendment retroactivity cases, IT IS ORDERED that the FEDERAL PUBLIC DEFENDER, 1450 Liberty Center, 1001 Liberty Avenue, Pittsburgh, Pennsylvania 15222, telephone number (412) 644-6565, is hereby appointed to represent the above-named individual in all matters pertaining to this action.

PRIMARY COUNSEL:      Candace Cain

                      PA Attorney ID # 40663


                      _____
                      Sean J. McLaughlin
                      United States District Judge