IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 98-5 ERIE |
| | ) | |
| JOSEPH BARNETTE | ) | |

**ORDER OF COURT**

    AND NOW, this _____ day of _____, 2008 it is hereby ORDERED that the within Motion to Withdraw as Counsel Due to Conflict of Interest is hereby GRANTED.

    It is FURTHER ORDERED that substitute counsel be appointed.

_____
Sean J. McLaughlin,
United States District Judge