IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Criminal No. 98-5 ERIE |
| | ) |
| JOSEPH BARNETTE | ) |

**ORDER OF COURT**

AND NOW, this 5th day of September, 2008 it is hereby ORDERED that the within Motion to Withdraw as Counsel Due to Conflict of Interest is hereby GRANTED.

It is FURTHER ORDERED that substitute counsel be appointed.

Sean J. McLaughlin,
United States District Judge